No. 386.  INTERNATIONAL ASSOCIATION OF MACHINISTS, DISTRICT LODGE 94, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.  *Herbert M. Ansell, Abe Levy,* and *Plato E. Papps* for petitioners. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for National Labor Relations Board, *Richard W. Lund, Paul R. Watkins, Dana Latham,* and *Henry J. Steinman* for Lou Ehlers Cadillac, and *Henry W. Low* and *Edward A. McDermott* for Thomas Cadillac, Inc., respondents. ▮

No. 329.  MANCUSI, WARDEN *v.* PUGACH.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.  *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Assistant Attorney General, for petitioner.

No. 397.  HOLDING *v.* HOLDING.  Sup. Ct. App. Va. Motion to dispense with printing petition for writ of certiorari granted.  Certiorari denied.

No. 406.  WOODWARD *v.* LAWSON ET AL.  Sup. Ct. Ga. Motion to dispense with printing petition for writ of certiorari granted.  Certiorari denied.

No. 127, Misc.  GENDRON ET AL. *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.  *Bernard J. Mellman* for petitioners.